AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MARLON JOEL RIVERA, a/k/a "Marlon Joel Rivera-Trejo" | ) | Case No. 12-8459-DLB |
| | ) | |
| Defendant(s) | ) | |

FILED by _____ D.C.
NOV 27 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 18, 2012,__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Sections 1326(a) and 1326(b)(2). | Illegal Reentry After Prior Deportation of an Aggravated Felon, in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(2). |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

ICE Deportation Officer Andy Korzen
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/27/2012

_____
Judge's signature

City and state: West Palm Beach, Florida

Hon. U.S. Magistrate Judge Dave Lee Brannon
Printed name and title

# AFFIDAVIT
# OF
# ANDY KORZEN
# DEPORTATION OFFICER
# UNITED STATES DEPARTMENT OF HOMELAND SECURITY
# IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in numerous investigations of this nature.

2. This affidavit is based upon my own knowledge, as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation, but only those facts necessary to establish probable cause to believe that Marlon Joel RIVERA, a/k/a "Marlon Joel RIVERA-TREJO," has committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

3. On or about November 18, 2012, Marlon Joel RIVERA was arrested in Palm Beach County, Florida on charges of home invasion-robbery, false imprisonment, kidnapping, and falsely impersonating an officer. He was booked and is currently being detained at the Palm Beach County Jail.

4. On or about November 20, 2012, at the Palm Beach County Jail, Immigration Customs Enforcement Agent Samuel Torres took a sworn post *Miranda* statement from Marlon Joel RIVERA. During the course of this statement, Marlon Joel RIVERA admitted to being a

1

citizen of Honduras. He further admitted to last entering into the United States in July 2012 after being last deported from the United States in April 2012. Marlon Joel RIVERA also admitted that he did not seek permission from the U.S. Government to re-enter the United States.

5. On or about November 20, 2012, I received the immigration alien file assigned to Marlon Joel RIVERA. Records within this alien file assigned to Marlon Joel RIVERA establish that he is a native and citizen of Honduras. Records further show that on or about August 26, 1996, Marlon Joel RIVERA was ordered removed from the United States. The Order of Removal was executed on or about June 21, 2002, whereby Marlon Joel RIVERA was removed from the United States and sent back to Honduras. Thereafter, Marlon Joel RIVERA re-entered into the United States illegally and on or about April 26, 2012, was removed from the United States and sent back to Honduras for the second time.

6. Records further show that on or about January 5, 2001, in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Marlon Joel RIVERA was convicted of Possession of Short Barreled Rifle or Shotgun in Case Number 00-12845CFA02.

7. A further review of the alien file assigned to Marlon Joel RIVERA also establishes that on or about June 12, 2001, in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Marlon Joel RIVERA was convicted of Burglary of a Structure and Possession of Burglary Tools in Case Number 01-004485CFA02. Both of these offenses are felonies of the third degree in the State of Florida and carry a maximum punishment of up to five years imprisonment.

8. Border Patrol Fingerprint Examiner Richard Abbott conducted a fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered

on November 18, 2012, that is, Marlon Joel RIVERA, was the same person previously removed from the United States on or about June 21, 2002 and again on April 26, 2012.

9. On or about November 21, 2012, I received the Certificate of Nonexistence of Records pertaining to Alien File Number A075 206 463 for the alien identified as Marlon Joel RIVERA, verifying that, after a diligent search, no record was found to exist indicating that Marlon Joel RIVERA had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security for re-admission into the United States as required by law.

10. Based on the foregoing, I respectfully submit that there exists probable cause to believe that, on or about November 18, 2012, Marlon Joel RIVERA, a/k/a "Marlon Joel RIVERA-TREJO," an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this 27th day of November, 2012.

DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 12-8459-DLB

### BOND RECOMMENDATION

DEFENDANT: MARLON JOEL RIVERA a/k/a "Marlon Joel Rivera-Trejo"

Pre-trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: JENNIFER C. MILLIEN

Last Known Address: Palm Beach County Jail

West Palm Beach, Florida

What Facility: _____

Agent(s): ICE DO Andy Korzen
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Misc No. __12-8459-DLB__

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR A COMPLAINT
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  ___ Yes  _X_ No

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
Jennifer C. Millien (FL Bar No. 171700)
Email: jennifer.millien@usdoj.gov
Assistant U.S. Attorney
jennifer.millien@usdoj.gov
500 S. Australian Avenue
Suite 400
West Palm Beach, Florida 33401
TEL: (561) 820-8711
FAX: (561) 805-9846